Rec'd 3-26-08



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-08

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

March 20, 2008

BY HAND
Honorable Henry B. Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Mr. Turner's time to answer or move is extended to 5-20-08

**SO ORDERED**

*[signature]*

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
4-15-08

Re: Harris v. Velez, et al.,
    07 Cv. 11309 (LBS)(HBP)

Dear Judge Pitman:

This office represents defendant, Correction Officer McTurner in this pro se inmate case involving an Eighth Amendment sexual humiliation claim. Pursuant to Judge Swain's January 9, 2008 order referring this matter to your Honor for pre-trial scheduling, we respectfully request through this letter an extension of time of sixty days, to and including May 20, 2008, for defendant McTurner to answer or otherwise move with respect to the complaint. This will allow time to resolve the question of service upon and representation of the remaining defendants, Velez and Flores, and to further investigate plaintiff's claims.

No previous request for an extension of time has been made.

Respectfully submitted,

*[signature]*

WESLEY E. BAUMAN
Assistant Attorney General
(212) 416-6296

cc. Russell Harris